IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. **10-30148-MJR** |
| | ) |
| **JAMES R. KANE,** | ) |
| | ) |
| Defendant. | ) |

## ORDER MODIFYING CONDITIONS of BOND

**STEPHEN C. WILLIAMS, Magistrate Judge:**

This matter is before the Court on the United States Probation Office's request to modify the conditions of defendant's bond

For good cause shown, the conditions of pre-trial release for defendant James R. Kane are modified as follows:

Defendant shall avoid all contact, either directly or indirectly, with any persons, who are considered defendants, victims or potential witnesses.

**IT IS SO ORDERED.**

DATED:  February 25, 2011

s/ Stephen C. Williams
**STEPHEN C. WILLIAMS**
**UNITED STATES MAGISTRATE JUDGE**